# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1048**
**CA 15-00117**
PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND DEJOSEPH, JJ.

JACOB STILLMAN, PLAINTIFF-APPELLANT,

V                                                          ORDER

MOBILE MOUNTAIN, INC., PHILLIP A. CERNY,
JOSHUA WOOLEY, DEFENDANTS-RESPONDENTS,
ET AL., DEFENDANTS.

THE BALLOW LAW FIRM, P.C., WILLIAMSVILLE (KEVIN F. WALSH OF COUNSEL),
FOR PLAINTIFF-APPELLANT.

OSBORN, REED & BURKE, LLP, ROCHESTER (JEFFREY P. DIPALMA OF COUNSEL),
FOR DEFENDANTS-RESPONDENTS.

-----------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Patrick
H. NeMoyer, J.), entered May 8, 2014. The order granted the motion of
defendants Mobile Mountain, Inc., Phillip A. Cerny and Joshua Wooley
to bifurcate trial of the issues of liability and damages.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered: October 2, 2015                          Frances E. Cafarell
                                                  Clerk of the Court